■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORY S. BARRETT, Appellant. [813 NYS2d 690]—Appeal from a resentence of the Ontario County Court (Craig J. Doran, J.), rendered April 6, 2004. Defendant was resentenced upon his conviction of aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.